**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Farnam Companies, Inc., | ) No. CV 05-1520 PHX NVW |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Stabar Enterprises, Inc.; Barbara Allen and Stacy Allen, | ) |
| Defendants. | ) |

Before the court is Plaintiff's Motion for Summary Judgment Re Count One (Declaration of Patent Invalidity) of Plaintiff's Complaint (doc. #11), and Farnam's Reply (doc. #42). Defendant Stabar has not filed a response to the motion, and the time to file a response has expired. Farnam states that Stabar's failure to respond was intentional and done in consideration of other concessions from Farnam.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment Re Count One (Declaration of Patent Invalidity) (doc. #11) is granted.

IT IS FURTHER ORDERED that plaintiff Farnam shall advise the court promptly whether it requests entry of an immediate declaratory judgment of invalidity of the patent certified as final under Rule 54(b), Fed. R. Civ. P., and if so, shall submit a form of judgment, to which defendant Stabar may submit objections no later than seven days after the submission of a form of judgment.

IT IS FURTHER ORDERED vacating the oral argument set October 13, 2005.

DATED this 5th day of October, 2005.

_____
Neil V. Wake
United States District Judge

- 2 -